became final and three years after the limitation period expired. He presents no basis for the limitation period to be extended to encompass his ineffective assistance claim and the court finds no such basis. As a result, granting Movant permission to supplement his original motion to raise such a claim would be futile.

For the foregoing reasons, the court finds that the claims raised by Movant in his motion to vacate and motion to supplement are precluded by the limitation period in 28 U.S.C. § 2255. Accordingly, the court will recommend that both motions be denied.

**IT IS THEREFORE RECOMMENDED:**

That the Motion to Vacate, Set Aside or Correct Sentence by a Person in Federal Custody pursuant to 28 U.S.C. § 2255 (Doc. #38) be **DENIED**;

That the Motion to Amend and Supplement (Doc. #44) be **DENIED**; and

That Respondent's Motion to Dismiss (Doc. #46) be **GRANTED**;

This recommendation is not an order that is immediately appealable to the Ninth Circuit Court of Appeals. Any notice of appeal pursuant to Rule 4(a)(1), Federal Rules of Appellate Procedure, should not be filed until entry of the district court's judgment. The parties shall have ten days from the date of service of a copy of this recommendation within which to file specific written objections with the Court. See, 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 6(a), 6(b) and 72. Thereafter, the parties have ten days within which to file a response to the objections. Failure to timely file objections to the Magistrate Judge's Report and Recommendation may result in the acceptance of the Report and Recommendation by the district court without further review. See United States v. Reyna-Tapia, 328 F.3d 1114, 1121 (9th Cir. 2003). Failure to timely file objections to any factual determinations of the Magistrate Judge will be considered a waiver of a party's right to appellate review of the findings of fact in an order of judgement entered pursuant to the Magistrate Judge's recommendation. See Fed. R. Civ. P. 72.

DATED this 11th day of January, 2006.

_____
Edward C. Voss
United States Magistrate Judge