**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| United States of America, | ) | CIV 04-1646-PHX-RGS (ECV) |
| Plaintiff-Respondent, | ) ) | CR 99-910-PHX-RGS |
| v. | ) ) | **ORDER** |
| Francis Martinez, | ) ) | |
| Defendant-Movant. | ) ) ) | |

Pending before the Court is Movant's Motion to Vacate, Set Aside or Correct Sentence pursuant to 28 U.S.C. § 2255. The matter was referred to Magistrate Judge Edward C. Voss for Report and Recommendation. On January 11, 2006, the Magistrate Judge filed his Report and Recommendation with this Court. To date, no Objections have been filed.

**STANDARD OF REVIEW**

When reviewing a Magistrate Judge's Report and Recommendation, this Court "must make a de novo determination of those portions of the report ... to which objection is made," and "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate." 28 U.S.C. § 636(b)(1)(C); see Baxter v. Sullivan, 923 F.2d 1391, 1394 (9th Cir. 1991). Failure to object to a Magistrate Judge's recommendation relieves the Court of conducting *de novo* review of the Magistrate Judge's factual findings. See Orand v. United States, 602 F.2d 207, 208 (9th Cir. 1979) (citing Campbell v. United States Dist. Court, 501 F.2d 196, 206 (9th Cir. 1974)); see also United States v. Reyna-Tapia, 328 F.3d

1114,1121 (9th Cir. 2003) ("The statute makes it clear that the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise."). A failure to object to a magistrate judge's conclusion "is a factor to be weighed in considering the propriety of finding waiver of an issue on appeal." Turner v. Duncan, 158 F.3d 449, 455 (9th Cir. 1998); see Baxter, 923 F.2d at 1394.

## DISCUSSION

Having reviewed the Amended Report and Recommendation of the Magistrate Judge, and no objections having been made by Movant thereto, the Court hereby incorporates and adopts the Magistrate Judge's Amended Report and Recommendation.

## CONCLUSION AND ORDER

For the reasons set forth,

**IT IS ORDERED** that the Court adopts the Amended Report and Recommendation of the Magistrate Judge (Doc. #57);

**IT IS FURTHER ORDERED** that Movant's Motion to Amend and Supplement (Doc. #44) is **DENIED**;

**IT IS FURTHER ORDERED** that Respondent's Motion to Dismiss (Doc. #46) is **GRANTED**;

**IT IS FURTHER ORDERED** that Movant's Motion to Vacate, Set Aside or Correct Sentence (Doc. #38) is **DENIED**, terminating this case.

DATED this 22nd day of January, 2007.

_____
Roger G. Strand
Senior United States District Judge